**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs  PA  17812

### Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|----------|--------------|------------|
| 6/8/2018 | 5/27/2018 | 6/2/2018 |

## Earnings

| Code | Rate | Hours | Amount |
|------|------|-------|--------|
| HOL | $24.80 | 8.00 | $198.40 |
| HRD | $24.80 | 31.75 | $787.40 |
| HRDO | $24.80 | 0.25 | $6.20 |
| OTD | $37.20 | 8.00 | $297.60 |
| Totals | | 48.00 | $1,289.60 |

## Taxes

| Code | Amount | Year To Date |
|------|--------|--------------|
| FICA | | |
| Med | $18.11 | $358.51 |
| SS | $77.41 | $1,532.92 |
| Federal | $180.93 | $3,396.58 |
| State | | |
| PA | $38.33 | $759.02 |
| Local | | |
| SELINS | $26.22 | $519.25 |
| Total | $341.00 | |

## Payroll Deductions

| Code | Amount | Year To Date |
|------|--------|--------------|
| PAUC | $0.77 | $15.43 |
| SEC125 | $41.08 | $944.84 |
| Total | $41.85 | |

## Payroll Benefits

| Code | Amount | Year To Date |
|------|--------|--------------|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $906.75 |
| Net wages YTD | $18,142.85 |
| Gross wages YTD | $25,669.40 |

## Direct Deposit Information

| Bank | Account | Amount |
|------|---------|--------|
| | | $906.75 |

## Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 132.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road<br><br>Beaver Springs   PA    17812 | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| | Pay Date | Start Period | End Period |
| | 6/1/2018 | 5/20/2018 | 5/26/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 39.50 | $979.60 | FICA | | |
| HRDO | $24.80 | 0.50 | $12.40 | Med | $18.37 | $340.40 |
| OTD | $37.20 | 8.50 | $316.20 | SS | $78.56 | $1,455.51 |
| | | | | Federal | $185.03 | $3,215.65 |
| | | | | State | | |
| | | | | PA | $38.90 | $720.69 |
| | | | | Local | | |
| | | | | SELINS | $26.61 | $493.03 |
| Totals | | 48.50 | $1,308.20 | Total | $347.47 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.78 | $14.66 | | | |
| SEC125 | $41.08 | $903.76 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $918.87 |
| Net wages YTD | $17,236.10 |
| Gross wages YTD | $24,379.80 |

| Total | $41.86 |
|---|---|

| Direct Deposit Information | | | | Miscellaneous | |
|---|---|---|---|---|---|
| Bank | Account | | Amount | | |
| *****  | *****  | | $918.87 | Employee ID | |
| | | | | Employee SSN | |
| | | | | Vacation Available | 132.00 |
| | | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA     17870

SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs   PA    17812

## Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|---|---|---|
| 5/25/2018 | 5/13/2018 | 5/19/2018 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.80 | 32.00 | $793.60 |
| OTD | $37.20 | 9.50 | $353.40 |
| PD | $24.80 | 4.00 | $99.20 |
| VAC | $24.80 | 4.00 | $99.20 |
| Totals | | 49.50 | $1,345.40 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $18.91 | $322.03 |
| SS | $80.86 | $1,376.95 |
| Federal | $193.21 | $3,030.62 |
| State | | |
| PA | $40.04 | $681.79 |
| Local | | |
| SELTNS | $27.39 | $466.42 |
| Total | $360.41 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.81 | $13.88 |
| SEC125 | $41.08 | $862.68 |
| Total | $41.89 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $943.10 |
| Net wages YTD | $16,317.23 |
| Gross wages YTD | $23,071.60 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| **** | **** | $943.10 |

### Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 132.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs   PA   17812

## Direct Deposit Earnings Statement

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| | 5/18/2018 | 5/6/2018 | 5/12/2018 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.80 | 39.75 | $985.80 |
| HRDO | $24.80 | 0.25 | $6.20 |
| OTD | $37.20 | 8.50 | $316.20 |
| Totals | | 48.50 | $1,308.20 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $18.38 | $303.12 |
| SS | $78.57 | $1,296.09 |
| Federal | $185.03 | $2,837.41 |
| State | | |
| PA | $38.90 | $641.75 |
| Local | | |
| SELINS | $26.61 | $439.03 |
| Total | $347.49 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.78 | $13.07 |
| SEC125 | $41.08 | $821.60 |
| Total | $41.86 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $918.85 |
| Net wages YTD | $15,374.13 |
| Gross wages YTD | $21,726.20 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| ***** | ****** | $918.85 |

### Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 136.00 |
| Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

| SUN PRECAST CO., INC. | **Direct Deposit Earnings Statement** | | |
|---|---|---|---|
| 4051 Ridge Road | | | |

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| Beaver Springs PA 17812 | 5/11/2018 | 4/29/2018 | 5/5/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 35.75 | $858.00 | FICA | | |
| HRDO | $24.00 | 0.25 | $6.00 | Med | $13.71 | $284.74 |
| OTD | $36.00 | 0.75 | $27.00 | SS | $58.64 | $1,217.52 |
| VAC | $24.00 | 4.00 | $96.00 | Federal | $114.36 | $2,652.38 |
| | | | | State | | |
| | | | | PA | $29.04 | $602.85 |
| | | | | Local | | |
| | | | | SELINS | $19.86 | $412.42 |
| Totals | | 40.75 | $987.00 | Total | $235.61 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.59 | $12.29 | | | |
| SEC125 | $41.08 | $780.52 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $709.72 |
| Net wages YTD | $14,455.28 |
| Gross wages YTD | $20,418.00 |

| Total | $41.67 | | | | |
|---|---|---|---|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| ****1 | ****** | $709.72 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 136.00 |
| | | | Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs PA 17812

## Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|----------|--------------|------------|
| 5/4/2018 | 4/22/2018 | 4/28/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year to Date |
| HRD | $24.00 | 40.00 | $960.00 | FICA | | |
| OTD | $36.00 | 8.00 | $288.00 | Med | $17.50 | $271.03 |
| | | | | SS | $74.83 | $1,158.88 |
| | | | | Federal | $171.78 | $2,538.02 |
| | | | | State | | |
| | | | | PA | $37.05 | $573.81 |
| | | | | Local | | |
| | | | | SELINS | $25.35 | $392.56 |
| Totals | | 48.00 | $1,248.00 | Total | $326.51 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year to Date | Code | Amount | Year to Date |
| PAUC | $0.75 | $11.70 | | | |
| SEC125 | $41.08 | $739.44 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $879.66 |
| Net wages YTD | $13,745.56 |
| Gross wages YTD | $19,431.00 |

| Total | $41.83 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| ****? | ****** | $879.66 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 140.00 |
| | | | Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs  PA  17812

### Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|---|---|---|
| 4/27/2018 | 4/15/2018 | 4/21/2018 |

## Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.00 | 40.00 | $960.00 |
| OTD | $36.00 | 9.50 | $342.00 |
| **Totals** | | 49.50 | $1,302.00 |

## Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $18.29 | $253.53 |
| SS | $78.18 | $1,084.05 |
| Federal | $183.66 | $2,366.24 |
| State | | |
| PA | $38.71 | $536.76 |
| Local | | |
| SELINS | $26.48 | $367.21 |
| **Total** | $345.32 | |

## Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.78 | $10.95 |
| SEC125 | $41.08 | $698.36 |
| **Total** | $41.86 | |

## Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| **Total** | | |

## Wage Amounts

| | |
|---|---|
| Net wages/period | $914.82 |
| Net wages YTD | $12,865.90 |
| Gross wages YTD | $18,183.00 |

## Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| ***** | ***** | $914.82 |

## Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 140.00 |
| Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

_( waly_

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| 4051 Ridge Road | | | |
| Beaver Springs  PA   17812 | Pay Date | Start Period | End Period |
| | 2/16/2018 | 2/4/2018 | 2/10/2018 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 36.00 | $864.00 | FICA | | |
| VAC | $24.00 | 4.00 | $96.00 | Med | $13.32 | $93.27 |
| | | | | SS | $56.97 | $398.81 |
| | | | | Federal | $108.42 | $872.18 |
| | | | | State | | |
| | | | | PA | $28.21 | $197.47 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $135.10 |
| Totals | | 40.00 | $960.00 | Total | $226.22 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.58 | $4.06 | | | |
| SEC125 | $41.08 | $287.56 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $692.12 |
| Net wages YTD | $4,731.55 |
| Gross wages YTD | $6,720.00 |

| Total | $41.66 | | | | |

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount | |
|---|---|---|---|
| **** | ***** | $692.12 | Employee ID |
| | | | Employee SSN |
| | | | Vacation Available      148.00 |
| | | | Sick Time Available      4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| 4051 Ridge Road | | | |

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| Beaver Springs  PA  17812 | 2/9/2018 | 1/28/2018 | 2/3/2018 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 39.25 | $942.00 | FICA | | |
| HRDO | $24.00 | 0.75 | $18.00 | Med | $13.33 | $79.95 |
| | | | | SS | $56.97 | $341.84 |
| | | | | Federal | $108.42 | $763.76 |
| | | | | State | | |
| | | | | PA | $28.21 | $169.26 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $115.80 |
| Totals | | 40.00 | $960.00 | Total | $226.23 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.58 | $3.48 | | | |
| SEC125 | $41.08 | $246.48 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $692.11 |
| Net wages YTD | $4,039.43 |
| Gross wages YTD | $5,760.00 |

| Total | $41.66 | | | | |

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount | | |
|---|---|---|---|---|
| ****: | ***** | $692.11 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 152.00 |
| | | | Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs  PA   17812

### Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|---|---|---|
| 2/2/2018 | 1/21/2018 | 1/27/2018 |

## Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.00 | 32.00 | $768.00 |
| VAC | $24.00 | 8.00 | $192.00 |
| Totals | | 40.00 | $960.00 |

## Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $13.32 | $66.62 |
| SS | $56.98 | $284.87 |
| Federal | $108.42 | $655.34 |
| State | | |
| PA | $28.21 | $141.05 |
| Local | | |
| SELINS | $19.30 | $96.50 |
| Total | $226.23 | |

## Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.58 | $2.90 |
| SEC125 | $41.08 | $205.40 |
| Total | $41.66 | |

## Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $692.11 |
| Net wages YTD | $3,347.32 |
| Gross wages YTD | $4,800.00 |

## Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| ****: | ***** | $692.11 |

## Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 152.00 |
| Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | **Direct Deposit Earnings Statement** | | |
|---|---|---|---|
| 4051 Ridge Road | | | |
| | Pay Date | Start Period | End Period |
| Beaver Springs PA 17812 | 1/26/2018 | 1/14/2018 | 1/20/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 36.00 | $864.00 | FICA | | |
| PD | $24.00 | 4.00 | $96.00 | Med | $13.33 | $53.30 |
| | | | | SS | $56.97 | $227.89 |
| | | | | Federal | $136.73 | $546.92 |
| | | | | State | | |
| | | | | PA | $28.21 | $112.84 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $77.20 |
| | Totals | 40.00 | $960.00 | Total | $254.54 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.58 | $2.32 | | | |
| SEC125 | $41.08 | $164.32 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $663.80 |
| Net wages YTD | $2,655.21 |
| Gross wages YTD | $3,840.00 |

| Total | $41.66 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| **** | ***** | $663.80 | Employee ID | -- |
| | | | Employee SSN | |
| | | | Vacation Available | 160.00 |
| | | | Sick Time Available | 4.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870

| SUN PRECAST CO., INC. | **Direct Deposit Earnings Statement** | | |
|---|---|---|---|

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| Beaver Springs  PA  17812 | 1/19/2018 | 1/7/2018 | 1/13/2018 |

SUN PRECAST CO., INC.
4051 Ridge Road

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 32.00 | $768.00 | FICA | | |
| PD | $24.00 | 8.00 | $192.00 | Med | $13.32 | $39.97 |
| | | | | SS | $56.97 | $170.92 |
| | | | | Federal | $136.73 | $410.19 |
| | | | | State | | |
| | | | | PA | $28.21 | $84.63 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $57.90 |
| Totals | | 40.00 | $960.00 | Total | $254.53 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.58 | $1.74 | | | |
| SEC125 | $41.08 | $123.24 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $663.81 |
| Net wages YTD | $1,991.41 |
| Gross wages YTD | $2,880.00 |

| Total | $41.66 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | Employee ID | |
| **** | ***** | $663.81 | Employee SSN | |
| | | | Vacation Available | 160.00 |
| | | | Sick Time Available | 8.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road | | | | Direct Deposit Earnings Statement | | | |
|---|---|---|---|---|---|---|---|

| | | | | Pay Date | Start Period | End Period |
|---|---|---|---|---|---|---|
| Beaver Springs  PA   17812 | | | | 1/12/2018 | 12/31/2017 | 1/6/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HOL | $24.00 | 8.00 | $192.00 | FICA | | |
| HRD | $24.00 | 24.00 | $576.00 | Med | $13.33 | $26.65 |
| HRDO | $24.00 | 8.00 | $192.00 | SS | $56.98 | $113.95 |
| | | | | Federal | $136.73 | $273.46 |
| | | | | State | | |
| | | | | PA | $28.21 | $56.42 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $38.60 |
| Totals | | 40.00 | $960.00 | Total | $254.55 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.58 | $1.16 | | | |
| SEC125 | $41.08 | $82.16 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $663.79 |
| Net wages YTD | $1,327.60 |
| Gross wages YTD | $1,920.00 |

| Total | $41.66 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| * * * * * | * * * * *, | $663.79 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 160.00 |
| | | | Sick Time Available | 16.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | **Direct Deposit Earnings Statement** |
|---|---|
| 4051 Ridge Road | |

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| Beaver Springs PA 17812 | 1/5/2018 | 12/24/2017 | 12/30/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HOL | $24.00 | 8.00 | $192.00 | FICA | | |
| HRD | $24.00 | 30.00 | $720.00 | Med | $13.32 | $13.32 |
| HRDO | $24.00 | 2.00 | $48.00 | SS | $56.97 | $56.97 |
| | | | | Federal | $136.73 | $136.73 |
| | | | | State | | |
| | | | | PA | $28.21 | $28.21 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $19.30 |
| | Totals | 40.00 | $960.00 | Total | $254.53 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.58 | $0.58 | | | |
| SEC125 | $41.08 | $41.08 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $663.81 |
| Net wages YTD | $663.81 |
| Gross wages YTD | $960.00 |

| Total | $41.66 | | | | |
|---|---|---|---|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| *****~ | ****** | $663.81 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 0.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road<br><br>Beaver Springs  PA   17812 | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| | Pay Date | Start Period | End Period |
| | 12/29/2017 | 12/17/2017 | 12/23/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 35.50 | $852.00 | FICA | | |
| | | | | Med | $11.76 | $711.82 |
| | | | | SS | $50.28 | $3,043.64 |
| | | | | Federal | $109.73 | $7,438.66 |
| | | | | State | | |
| | | | | PA | $24.90 | $1,507.08 |
| | | | | Local | | |
| | | | | SELINS | $17.03 | $1,030.89 |
| Totals | | 35.50 | $852.00 | Total | $213.70 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.60 | $36.02 | | | |
| SEC125 | $41.08 | $2,489.05 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $596.62 |
| Net wages YTD | $35,322.79 |
| Gross wages YTD | $51,579.95 |

| Total | $41.68 | | | | |

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| **** | ***** | $596.62 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation<br>Available | 0.00 |
| | | | Sick Time<br>Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs  PA  17812

### Direct Deposit Earnings Statement

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| | 12/22/2017 | 12/10/2017 | 12/16/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 39.50 | $948.00 | FICA | | |
| HRDO | $24.00 | 0.50 | $12.00 | Med | $20.28 | $700.06 |
| MISC. | $480.00 | | $480.00 | SS | $86.73 | $2,993.36 |
| | | | | Federal | $256.73 | $7,328.93 |
| | | | | State | | |
| | | | | PA | $42.95 | $1,482.18 |
| | | | | Local | | |
| | | | | SELINS | $29.38 | $1,013.86 |
| Totals | | 40.00 | $1,440.00 | Total | $436.07 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $1.01 | $35.42 | | | |
| SEC125 | $41.08 | $2,447.97 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $961.84 |
| Net wages YTD | $34,726.17 |
| Gross wages YTD | $50,727.95 |

| Total | $42.09 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| ****› | ***** | $961.84 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 0.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| | Pay Date | Start Period | End Period |
| Beaver Springs  PA   17812 | 12/15/2017 | 12/3/2017 | 12/9/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 34.50 | $828.00 | FICA | | |
| HRDO | $24.00 | 1.50 | $36.00 | Med | $11.94 | $679.78 |
| | | | | SS | $51.03 | $2,906.63 |
| | | | | Federal | $112.73 | $7,072.20 |
| | | | | State | | |
| | | | | PA | $25.26 | $1,439.23 |
| | | | | Local | | |
| | | | | SELINS | $17.28 | $984.48 |
| Totals | | 36.00 | $864.00 | Total | $218.24 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.60 | $34.41 | | | |
| SEC125 | $41.08 | $2,406.89 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $604.08 |
| Net wages YTD | $33,764.33 |
| Gross wages YTD | $49,287.95 |

| Total | $41.68 | | | | |

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount | | |
|---|---|---|---|---|
| *****| ******| $604.08 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 0.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs PA 17812

**Direct Deposit Earnings Statement**

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| | 12/8/2017 | 11/26/2017 | 12/2/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 32.25 | $774.00 | FICA | | |
| HRDO | $24.00 | 7.75 | $186.00 | Med | $27.24 | $667.84 |
| MISC. | $960.00 | | $960.00 | SS | $116.49 | $2,855.60 |
| | | | | Federal | $378.75 | $6,959.47 |
| | | | | State | | |
| | | | | PA | $57.68 | $1,413.97 |
| | | | | Local | | |
| | | | | SELINS | $39.46 | $967.20 |
| Totals | | 40.00 | $1,920.00 | Total | $619.62 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $1.34 | $33.81 | | | |
| SEC125 | $41.08 | $2,365.81 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $1,257.96 |
| Net wages YTD | $33,160.25 |
| Gross wages YTD | $48,423.95 |

| Total | $42.42 |
|---|---|

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount |
|---|---|---|
| ****: | *****: | $1,257.96 |

| Miscellaneous | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 0.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road<br><br>Beaver Springs PA 17812 | Direct Deposit Earnings Statement |
|---|---|

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| | 12/1/2017 | 11/19/2017 | 11/25/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HOL | $24.00 | 8.00 | $192.00 | FICA | | |
| HRD | $24.00 | 30.50 | $732.00 | Med | $13.33 | $640.60 |
| HRDO | $24.00 | 1.50 | $36.00 | SS | $56.97 | $2,739.11 |
| | | | | Federal | $136.73 | $6,580.72 |
| | | | | State | | |
| | | | | PA | $28.21 | $1,356.29 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $927.74 |
| Totals | | 40.00 | $960.00 | Total | $254.54 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.67 | $32.47 | | | |
| SEC125 | $41.08 | $2,324.73 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.71 |
| Net wages YTD | $31,902.29 |
| Gross wages YTD | $46,503.95 |

| Total | $41.75 | |
|---|---|---|

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount |
|---|---|---|
| ***** | ****** | $663.71 |

| Miscellaneous | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 0.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs PA 17812

## Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/24/2017 | 11/12/2017 | 11/18/2017 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.00 | 40.00 | $960.00 |
| Totals | | 40.00 | $960.00 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $13.32 | $627.27 |
| SS | $56.97 | $2,682.14 |
| Federal | $136.73 | $6,443.99 |
| State | | |
| PA | $28.21 | $1,328.08 |
| Local | | |
| SELINS | $19.30 | $908.44 |
| Total | $254.53 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.67 | $31.80 |
| SEC125 | $41.08 | $2,283.65 |
| Total | $41.75 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.72 |
| Net wages YTD | $31,238.58 |
| Gross wages YTD | $45,543.95 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| **** | ***** | $663.72 |

### Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 0.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|

SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs PA 17812

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/17/2017 | 11/5/2017 | 11/11/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 29.75 | $714.00 | FICA | | |
| HRDO | $24.00 | 2.25 | $54.00 | Med | $13.32 | $613.95 |
| VAC | $24.00 | 8.00 | $192.00 | SS | $56.98 | $2,625.17 |
| | | | | Federal | $136.73 | $6,307.26 |
| | | | | State | | |
| | | | | PA | $28.21 | $1,299.87 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $889.14 |
| Totals | | 40.00 | $960.00 | Total | $254.54 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.67 | $31.13 | | | |
| SEC125 | $41.08 | $2,242.57 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.71 |
| Net wages YTD | $30,574.86 |
| Gross wages YTD | $44,583.95 |

| Total | $41.75 |
|---|---|

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount |
|---|---|---|
| * * * * * | * * * * * * ´ | $663.71 |

| Miscellaneous | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 0.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs  PA   17812

**Direct Deposit Earnings Statement**

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/10/2017 | 10/29/2017 | 11/4/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 23.50 | $564.00 | FICA | | |
| HRDO | $24.00 | 0.50 | $12.00 | Med | $13.33 | $600.63 |
| VAC | $24.00 | 16.00 | $384.00 | SS | $56.97 | $2,568.19 |
| | | | | Federal | $136.73 | $6,170.53 |
| | | | | State | | |
| | | | | PA | $28.21 | $1,271.66 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $869.84 |
| Totals | | 40.00 | $960.00 | Total | $254.54 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.67 | $30.46 | | | |
| SEC125 | $41.08 | $2,201.49 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.71 |
| Net wages YTD | $29,911.15 |
| Gross wages YTD | $43,623.95 |

| Total | $41.75 |
|---|---|

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount |
|---|---|---|
| *****( | ****** | $663.71 |

| Miscellaneous | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 8.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road | | | | Direct Deposit Earnings Statement | | |
|---|---|---|---|---|---|---|

| | | | | Pay Date | Start Period | End Period |
|---|---|---|---|---|---|---|
| Beaver Springs PA 17812 | | | | 11/3/2017 | 10/22/2017 | 10/28/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 39.50 | $948.00 | FICA | | |
| HRDO | $24.00 | 0.50 | $12.00 | Med | $15.67 | $587.30 |
| OTD | $36.00 | 4.50 | $162.00 | SS | $67.02 | $2,511.22 |
| | | | | Federal | $177.23 | $6,033.80 |
| | | | | State | | |
| | | | | PA | $33.18 | $1,243.45 |
| | | | | Local | | |
| | | | | SELINS | $22.70 | $850.54 |
| Totals | | 44.50 | $1,122.00 | Total | $315.80 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.79 | $29.79 | | | |
| SEC125 | $41.08 | $2,160.41 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $764.33 |
| Net wages YTD | $29,247.44 |
| Gross wages YTD | $42,663.95 |

| Total | $41.87 | | | | |
|---|---|---|---|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| **** | ****** | $764.33 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation<br>Available | 24.00 |
| | | | Sick Time<br>Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

**SUN PRECAST CO., INC.**
4051 Ridge Road

Beaver Springs  PA   17812

## Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/27/2017 | 10/15/2017 | 10/21/2017 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.00 | 40.00 | $960.00 |
| Totals | | 40.00 | $960.00 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $13.33 | $571.63 |
| SS | $56.97 | $2,444.20 |
| Federal | $136.73 | $5,856.57 |
| State | | |
| PA | $28.21 | $1,210.27 |
| Local | | |
| SELINS | $19.30 | $827.84 |
| Total | $254.54 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.67 | $29.00 |
| SEC125 | $41.08 | $2,119.33 |
| Total | $41.75 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.71 |
| Net wages YTD | $28,483.11 |
| Gross wages YTD | $41,541.95 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| ***** | ******0000 | $663.71 |

### Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 24.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs  PA  17812

**Direct Deposit Earnings Statement**

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/20/2017 | 10/8/2017 | 10/14/2017 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HRD | $24.00 | 39.25 | $942.00 |
| HRDO | $24.00 | 0.75 | $18.00 |
| Totals | | 40.00 | $960.00 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $13.32 | $558.30 |
| SS | $56.97 | $2,387.23 |
| Federal | $136.73 | $5,719.84 |
| State | | |
| PA | $28.21 | $1,182.06 |
| Local | | |
| SELINS | $19.30 | $808.54 |
| Total | $254.53 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| PAUC | $0.67 | $28.33 |
| SEC125 | $41.08 | $2,078.25 |
| Total | $41.75 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.72 |
| Net wages YTD | $27,819.40 |
| Gross wages YTD | $40,581.95 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| **** | ****** | $663.72 |

### Miscellaneous

| | |
|---|---|
| Employee ID | |
| Employee SSN | |
| Vacation Available | 24.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

## SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs PA 17812

### Direct Deposit Earnings Statement

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/13/2017 | 10/1/2017 | 10/7/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 39.50 | $948.00 | FICA | | |
| HRDO | $24.00 | 0.50 | $12.00 | Med | $16.46 | $544.98 |
| OTD | $36.00 | 6.00 | $216.00 | SS | $70.37 | $2,330.26 |
| | | | | Federal | $190.73 | $5,583.11 |
| | | | | State | | |
| | | | | PA | $34.84 | $1,153.85 |
| | | | | Local | | |
| | | | | SELINS | $23.83 | $789.24 |
| Totals | | 46.00 | $1,176.00 | Total | $336.23 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.82 | $27.66 | | | |
| SEC125 | $41.08 | $2,037.17 | | | |
| | | | Total | | |

#### Wage Amounts

| | |
|---|---|
| Net wages/period | $797.87 |
| Net wages YTD | $27,155.68 |
| Gross wages YTD | $39,621.95 |

| Total | $41.90 | |
|---|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| *****2313 | ****** | $797.87 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 24.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|

SUN PRECAST CO., INC.
4051 Ridge Road

Beaver Springs PA 17812

**Direct Deposit Earnings Statement**

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/6/2017 | 9/24/2017 | 9/30/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 40.00 | $960.00 | FICA | | |
| OTD | $36.00 | 8.00 | $288.00 | Med | $17.50 | $528.52 |
| | | | | SS | $74.83 | $2,259.89 |
| | | | | Federal | $208.73 | $5,392.38 |
| | | | | State | | |
| | | | | PA | $37.05 | $1,119.01 |
| | | | | Local | | |
| | | | | SELINS | $25.35 | $765.41 |
| | Totals | 48.00 | $1,248.00 | Total | $363.46 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.87 | $26.84 | | | |
| SEC125 | $41.08 | $1,996.09 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $842.59 |
| Net wages YTD | $26,357.81 |
| Gross wages YTD | $38,445.95 |

| Total | $41.95 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| *****     | ****** | $842.59 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 24.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road | Direct Deposit Earnings Statement | | |
|---|---|---|---|

| Beaver Springs   PA   17812 | Pay Date<br>9/29/2017 | Start Period<br>9/17/2017 | End Period<br>9/23/2017 |
|---|---|---|---|

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 40.00 | $960.00 | FICA | | |
| OTD | $36.00 | 0.50 | $18.00 | Med | $13.58 | $511.02 |
| | | | | SS | $58.09 | $2,185.06 |
| | | | | Federal | $141.23 | $5,183.65 |
| | | | | State | | |
| | | | | PA | $28.76 | $1,081.96 |
| | | | | Local | | |
| | | | | SELINS | $19.68 | $740.06 |
| | Totals | 40.50 | $978.00 | Total | $261.34 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.68 | $25.97 | | | |
| SEC125 | $41.08 | $1,955.01 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $674.90 |
| Net wages YTD | $25,515.22 |
| Gross wages YTD | $37,197.95 |

| Total | $41.76 | | | | |
|---|---|---|---|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|

| Bank | Account | Amount | |
|---|---|---|---|
| *****  | ***** | $674.90 | Employee ID |
| | | | Employee SSN |
| | | | Vacation<br>Available          24.00 |
| | | | Sick Time<br>Available          0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA   17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| 4051 Ridge Road | | | |

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| Beaver Springs PA 17812 | 9/22/2017 | 9/10/2017 | 9/16/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 39.50 | $948.00 | FICA | | |
| HRDO | $24.00 | 0.50 | $12.00 | Med | $13.33 | $497.44 |
| | | | | SS | $56.97 | $2,126.97 |
| | | | | Federal | $136.73 | $5,042.42 |
| | | | | State | | |
| | | | | PA | $28.21 | $1,053.20 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $720.38 |
| Totals | | 40.00 | $960.00 | Total | $254.54 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.67 | $25.29 | | | |
| SEC125 | $41.08 | $1,913.93 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.71 |
| Net wages YTD | $24,840.32 |
| Gross wages YTD | $36,219.95 |

| Total | $41.75 | | | | |

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount | |
|---|---|---|---|
| ***** | ****** | $663.71 | Employee ID   - - |
| | | | Employee SSN |
| | | | Vacation Available   24.00 |
| | | | Sick Time Available   0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC.<br>4051 Ridge Road | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| | Pay Date | Start Period | End Period |
| Beaver Springs  PA   17812 | 9/15/2017 | 9/3/2017 | 9/9/2017 |

| Earnings | | | | Taxes | | | |
|---|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | | Year To Date |
| HOL | $24.00 | 8.00 | $192.00 | FICA | | | |
| HRD | $24.00 | 15.25 | $366.00 | Med | $13.32 | | $484.11 |
| HRDO | $24.00 | 0.75 | $18.00 | SS | $56.97 | | $2,070.00 |
| VAC | $24.00 | 16.00 | $384.00 | Federal | $136.73 | | $4,905.69 |
| | | | | State | | | |
| | | | | PA | $28.21 | | $1,024.99 |
| | | | | Local | | | |
| | | | | SELINS | $19.30 | | $701.08 |
| | Totals | 40.00 | $960.00 | Total | $254.53 | | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.67 | $24.62 | | | |
| SEC125 | $41.08 | $1,872.85 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $663.72 |
| Net wages YTD | $24,176.61 |
| Gross wages YTD | $35,259.95 |

| Total | $41.75 | | | | |

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| ***** | ***** | $663.72 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 24.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
| --- | --- | --- | --- |
| 4051 Ridge Road | | | |
| | **Pay Date** | **Start Period** | **End Period** |
| Beaver Springs PA 17812 | 9/8/2017 | 8/27/2017 | 9/2/2017 |

| Earnings | | | | Taxes | | |
| --- | --- | --- | --- | --- | --- | --- |
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 40.00 | $960.00 | FICA | | |
| | | | | Med | $13.33 | $470.79 |
| | | | | SS | $56.98 | $2,013.03 |
| | | | | Federal | $136.73 | $4,768.96 |
| | | | | State | | |
| | | | | PA | $28.21 | $996.78 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $681.78 |
| | Totals | 40.00 | $960.00 | Total | $254.55 | |

| Payroll Deductions | | | Payroll Benefits | | |
| --- | --- | --- | --- | --- | --- |
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.67 | $23.95 | | | |
| SEC125 | $41.08 | $1,831.77 | | | |
| | | | Total | | |

| Wage Amounts | | |
| --- | --- | --- |
| Net wages/period | | $663.70 |
| Net wages YTD | | $23,512.89 |
| Gross wages YTD | | $34,299.95 |

| Total | $41.75 | |
| --- | --- | --- |

| Direct Deposit Information | | | Miscellaneous | |
| --- | --- | --- | --- | --- |
| Bank | Account | Amount | | |
| *****^ | ******0000 | $663.70 | Employee ID | |
| | | | Employee SSN | |
| | | | Vacation Available | 40.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| 4051 Ridge Road | | | |

| | Pay Date | Start Period | End Period |
|---|---|---|---|
| Beaver Springs  PA    17812 | 9/1/2017 | 8/20/2017 | 8/26/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
|---|---|---|---|---|---|---|
| HRD | $24.00 | 26.00 | $624.00 | FICA | | |
| HRDO | $24.00 | 14.00 | $336.00 | Med | $13.32 | $457.46 |
| | | | | SS | $56.97 | $1,956.05 |
| | | | | Federal | $136.73 | $4,632.23 |
| | | | | State | | |
| | | | | PA | $28.21 | $968.57 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $662.48 |
| Totals | | 40.00 | $960.00 | Total | $254.53 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| PAUC | $0.67 | $23.28 | | | |
| SEC125 | $41.08 | $1,790.69 | | | |
| | | | Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $663.72 |
| Net wages YTD | $22,849.19 |
| Gross wages YTD | $33,339.95 |

| Total | $41.75 | | | | |

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount | |
|---|---|---|---|
| ******** | ****** | $663.72 | Employee ID |
| | | | Employee SSN |
| | | | Vacation Available    40.00 |
| | | | Sick Time Available    0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | Direct Deposit Earnings Statement | | |
|---|---|---|---|
| 4051 Ridge Road | | | |
| | Pay Date | Start Period | End Period |
| Beaver Springs PA 17812 | 8/25/2017 | 8/13/2017 | 8/19/2017 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HRD | $24.00 | 29.25 | $702.00 | FICA | | |
| HRDO | $24.00 | 10.75 | $258.00 | Med | $13.32 | $444.14 |
| | | | | SS | $56.97 | $1,899.08 |
| | | | | Federal | $136.73 | $4,495.50 |
| | | | | State | | |
| | | | | PA | $28.21 | $940.36 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $643.18 |
| Totals | | 40.00 | $960.00 | Total | $254.53 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| PAUC | $0.67 | $22.61 | | | |
| SEC125 | $41.08 | $1,749.61 | | | |
| | | | Total | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $663.72 |
| Net wages YTD | $22,185.47 |
| Gross wages YTD | $32,379.95 |

| Total | $41.75 |
|---|---|

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| *****2212 | ****** | $663.72 | Employee ID | ~~ |
| | | | Employee SSN | |
| | | | Vacation Available | 40.00 |
| | | | Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA    17870

| SUN PRECAST CO., INC. | | | | Direct Deposit Earnings Statement | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4051 Ridge Road | | | | | | | |
| | | | | | Pay Date | Start Period | End Period |
| Beaver Springs PA 17812 | | | | | 8/18/2017 | 8/6/2017 | 8/12/2017 |

## Earnings / Taxes

| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| --- | --- | --- | --- | --- | --- | --- |
| HRD | $24.00 | 39.25 | $942.00 | FICA | | |
| HRDO | $24.00 | 0.75 | $18.00 | Med | $13.33 | $430.82 |
| | | | | SS | $56.97 | $1,842.11 |
| | | | | Federal | $136.73 | $4,358.77 |
| | | | | State | | |
| | | | | PA | $28.21 | $912.15 |
| | | | | Local | | |
| | | | | SELINS | $19.30 | $623.88 |
| | Totals | 40.00 | $960.00 | Total | $254.54 | |

## Payroll Deductions / Payroll Benefits

| Code | Amount | Year To Date | Code | Amount | Year To Date |
| --- | --- | --- | --- | --- | --- |
| PAUC | $0.67 | $21.94 | | | |
| SEC125 | $41.08 | $1,708.53 | | | |
| | | | Total | | |

### Wage Amounts

| | |
| --- | --- |
| Net wages/period | $663.71 |
| Net wages YTD | $21,521.75 |
| Gross wages YTD | $31,419.95 |

| Total | $41.75 | |
| --- | --- | --- |

## Direct Deposit Information / Miscellaneous

| Bank | Account | Amount |
| --- | --- | --- |
| *****0*** | ****** | $663.71 |

| | |
| --- | --- |
| Employee ID | - |
| Employee SSN | |
| Vacation Available | 40.00 |
| Sick Time Available | 0.00 |

MATTHEW L. SMITH
336 Pleasant Drive
Selinsgrove PA 17870