Pay stub for period: 05/14/2018 - 05/20/2018

Gerald Geist, O.D.
980 N. Susquehanna Trail
Selinsgrove, PA 17870

**ADVICE OF DEPOSIT**

Date: 05/24/2018

Cindy M Smith
336 Pleasant Dr
Selinsgrove, PA 17870

Net Pay: $ 510.00

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 35.50 | 18.50 | 656.75 | 14147.89 |
| Overtime Pay | 0.00 | 27.75 | 0.00 | 319.13 |

| DEDUCTIONS | | Current | YTD |
|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | 19.70 | 434.03 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 42.47 | 1008.10 |
| Social Security | 40.72 | 896.96 |
| Medicare | 9.52 | 209.77 |
| PA Income Tax | 20.16 | 444.14 |
| PA SUI Employee | 0.39 | 8.69 |
| Selinsgrove | 3.28 | 72.34 |
| Selinsgrove ASD PSD 550206 | 10.51 | 231.49 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 656.75 | 14467.02 |
| Deductions | 19.70 | 434.03 |
| Taxes | 127.05 | 2871.49 |
| Net This Check: | | $510.00 |
| Acct#... | | $510.00 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Pay stub for period: 05/07/2018 - 05/13/2018

Gerald Geist, O.D.
980 N. Susquehanna Trail
Selinsgrove, PA 17870

**ADVICE OF DEPOSIT**

Date: 05/17/2018

Cindy M Smith
336 Pleasant Dr
Selinsgrove, PA 17870

Net Pay: $ 595.49

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 18.50 | 740.00 | 13491.14 |
| Overtime Pay | 1.25 | 27.75 | 34.69 | 319.13 |

| DEDUCTIONS | | Current | YTD |
|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | 23.24 | 414.33 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 56.19 | 965.63 |
| Social Security | 48.03 | 856.24 |
| Medicare | 11.23 | 200.25 |
| PA Income Tax | 23.78 | 423.98 |
| PA SUI Employee | 0.46 | 8.30 |
| Selinsgrove | 3.87 | 69.06 |
| Selinsgrove ASD PSD 550206 | 12.40 | 220.98 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 774.69 | 13810.27 |
| Deductions | 23.24 | 414.33 |
| Taxes | 155.96 | 2744.44 |
| Net This Check: | | $595.49 |
| Acct#.. | | $595.49 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Pay stub for period: 04/30/2018 - 05/06/2018

Gerald Geist, O.D.
980 N. Susquehanna Trail
Selinsgrove, PA 17870

**ADVICE OF DEPOSIT**

Date: 05/10/2018

Cindy M Smith
336 Pleasant Dr
Selinsgrove, PA 17870

Net Pay: $ 523.38

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 36.50 | 18.50 | 675.25 | 12751.14 |
| Overtime Pay | 0.00 | 27.75 | 0.00 | 284.44 |

| DEDUCTIONS | | Current | YTD |
|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | 20.26 | 391.09 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 44.62 | 909.44 |
| Social Security | 41.87 | 808.21 |
| Medicare | 9.80 | 189.02 |
| PA Income Tax | 20.73 | 400.20 |
| PA SUI Employee | 0.41 | 7.84 |
| Selinsgrove | 3.38 | 65.19 |
| Selinsgrove ASD PSD 550206 | 10.80 | 208.58 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 675.25 | 13035.58 |
| Deductions | 20.26 | 391.09 |
| Taxes | 131.61 | 2588.48 |
| Net This Check: | | $523.38 |
| Acct#... | | $523.38 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |



# Paycheck Records

Timesheets · **Paystubs** · Account

Log Out

Back to paystub list

Pay stub for period: 02/12/2018 - 02/18/2018

| Gerald Geist, O.D. | | |
| 980 N. Susquehanna Trail | **ADVICE OF DEPOSIT** | Date: 02/22/2018 |
| Selinsgrove, PA 17870 | | |

Cindy M Smith
336 Pleasant Dr
Selinsgrove, PA 17870

Net Pay: $ 550.21

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 38.50 | 18.50 | 712.25 | 5240.13 |
| Overtime Pay | 0.00 | 27.75 | 0.00 | 69.37 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 21.37 | 159.29 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 48.92 | 383.92 |
| Social Security | 44.16 | 329.19 |
| Medicare | 10.33 | 76.99 |
| PA Income Tax | 21.87 | 163.01 |
| PA SUI Employee | 0.43 | 3.18 |
| Selinsgrove | 3.56 | 26.55 |
| Selinsgrove ASD PSD 550206 | 11.40 | 84.96 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 712.25 | 5309.50 |
| Deductions | 21.37 | 159.29 |
| Taxes | 140.67 | 1067.80 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Net This Check: $550.21
Acct#. $550.21

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.595

PE919

Case 1:18-bk-02366-HWV    Doc 14    Filed 06/20/18    Entered 06/20/18 06:40:56    Desc
Main Document      Page 4 of 28

# Paycheck Records

Back to paystub list

Pay stub for period: 02/05/2018 - 02/11/2018

Gerald Geist, O.D.
980 N. Susquehanna Trail          **ADVICE OF DEPOSIT**              Date: 02/15/2018
Selinsgrove, PA 17870

Cindy M Smith                                                    Net Pay: $ 483.17
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 33.50 | 18.50 | 619.75 | 4527.88 |
| Overtime Pay | 0.00 | 27.75 | 0.00 | 69.37 |

| DEDUCTIONS | | Current | YTD |
|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | 18.59 | 137.92 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 38.16 | 335.00 |
| Social Security | 38.42 | 285.03 |
| Medicare | 8.99 | 66.66 |
| PA Income Tax | 19.03 | 141.14 |
| PA SUI Employee | 0.37 | 2.75 |
| Selinsgrove | 3.10 | 22.99 |
| Selinsgrove ASD PSD 550206 | 9.92 | 73.56 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 619.75 | 4597.25 |
| Deductions | 18.59 | 137.92 |
| Taxes | 117.99 | 927.13 |

Net This Check: $483.17
Acct#.. $483.17

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.595

PE919

# Paycheck Records

Timesheets    **Paystubs**    Account                                         Log Out

Back to paystub list

Pay stub for period: 01/22/2018 - 01/28/2018

Gerald Geist, O.D.
980 N. Susquehanna Trail          **ADVICE OF DEPOSIT**          Date: 02/01/2018
Selinsgrove, PA 17870

Cindy M Smith                                                Net Pay: $ 605.53
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 18.50 | 740.00 | 3168.13 |
| Overtime Pay | 1.75 | 27.75 | 48.56 | 48.56 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 23.66 | 96.51 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 57.81 | 242.26 |
| Social Security | 48.89 | 199.43 |
| Medicare | 11.43 | 46.64 |
| PA Income Tax | 24.21 | 98.75 |
| PA SUI Employee | 0.47 | 1.92 |
| Selinsgrove | 3.94 | 16.09 |
| Selinsgrove ASD PSD 550206 | 12.62 | 51.47 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 788.56 | 3216.69 |
| Deductions | 23.66 | 96.51 |
| Taxes | 159.37 | 656.56 |

Net This Check: $605.53
Acct#.. : $605.53

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

Case 1:18-bk-02366-HWV    Doc 14    Filed 06/20/18    Entered 06/20/18 06:40:56    Desc
Main Document      Page 6 of 28

# Paycheck Records

Timesheets    **Paystubs**    Account               Log Out

Back to paystub list

Pay stub for period: 01/15/2018 - 01/21/2018

Gerald Geist, O.D.      **ADVICE OF DEPOSIT**      Date: 01/25/2018
980 N. Susquehanna Trail
Selinsgrove, PA 17870

Cindy M Smith                               Net Pay: $ 519.10
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.00 | 18.50 | 684.50 | 2428.13 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 20.54 | 72.85 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 56.71 | 184.45 |
| Social Security | 42.43 | 150.54 |
| Medicare | 9.93 | 35.21 |
| PA Income Tax | 21.01 | 74.54 |
| PA SUI Employee | 0.41 | 1.45 |
| Selinsgrove | 3.42 | 12.15 |
| Selinsgrove ASD PSD 550206 | 10.95 | 38.85 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 684.50 | 2428.13 |
| Deductions | 20.54 | 72.85 |
| Taxes | 144.86 | 497.19 |
| Net This Check: | $519.10 | |
| Acct#... | | $519.10 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Back to paystub list

Pay stub for period: 01/08/2018 - 01/14/2018

| | |
|---|---|
| Gerald Geist, O.D. | |
| 980 N. Susquehanna Trail | **ADVICE OF DEPOSIT** |
| Selinsgrove, PA 17870 | Date: 01/18/2018 |
| | |
| Cindy M Smith | Net Pay: $ 531.96 |
| 336 Pleasant Dr | |
| Selinsgrove, PA 17870 | |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 38.00 | 18.50 | 703.00 | 1743.63 |

| DEDUCTIONS | | Current | YTD |
|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | 21.09 | 52.31 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 59.40 | 127.74 |
| Social Security | 43.59 | 108.11 |
| Medicare | 10.19 | 25.28 |
| PA Income Tax | 21.58 | 53.53 |
| PA SUI Employee | 0.42 | 1.04 |
| Selinsgrove | 3.52 | 8.73 |
| Selinsgrove ASD PSD 550206 | 11.25 | 27.90 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 703.00 | 1743.63 |
| Deductions | 21.09 | 52.31 |
| Taxes | 149.95 | 352.33 |
| Net This Check: | | $531.96 |
| Acct#... | | $531.96 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets  **Paystubs**  Account                    Log Out

Back to paystub list

Pay stub for period: 01/01/2018 - 01/07/2018

Gerald Geist, O.D.
980 N. Susquehanna Trail        **ADVICE OF DEPOSIT**        Date: 01/11/2018
Selinsgrove, PA 17870

Cindy M Smith                                         Net Pay: $ 378.04
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 26.25 | 18.50 | 485.63 | 1040.63 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 14.57 | 31.22 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 30.47 | 68.34 |
| Social Security | 30.11 | 64.52 |
| Medicare | 7.04 | 15.09 |
| PA Income Tax | 14.91 | 31.95 |
| PA SUI Employee | 0.29 | 0.62 |
| Selinsgrove | 2.43 | 5.21 |
| Selinsgrove ASD PSD 550206 | 7.77 | 16.65 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 485.63 | 1040.63 |
| Deductions | 14.57 | 31.22 |
| Taxes | 93.02 | 202.38 |
| Net This Check: | $378.04 | |
| Acct#... | $378.04 | |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 40.00 |
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=505455723                    02/05/2018

# Paycheck Records

Timesheets   **Paystubs**   Account                                            Log Out

Back to paystub list

Pay stub for period: 12/25/2017 - 12/31/2017

| | | |
|---|---|---|
| Gerald Geist, O.D.<br>980 N. Susquehanna Trail<br>Selinsgrove, PA 17870 | **ADVICE OF DEPOSIT** | Date: 01/04/2018 |
| Cindy M Smith<br>336 Pleasant Dr<br>Selinsgrove, PA 17870 | | Net Pay: $ 428.99 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.00 | 18.50 | 555.00 | 555.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 16.65 | 16.65 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 37.87 | 37.87 |
| Social Security | 34.41 | 34.41 |
| Medicare | 8.05 | 8.05 |
| PA Income Tax | 17.04 | 17.04 |
| PA SUI Employee | 0.33 | 0.33 |
| Selinsgrove | 2.78 | 2.78 |
| Selinsgrove ASD PSD 550206 | 8.88 | 8.88 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 555.00 | 555.00 |
| Deductions | 16.65 | 16.65 |
| Taxes | 109.36 | 109.36 |
| Net This Check: | $428.99 | |
| Acct#.. | | $428.99 |

| **BENEFITS** | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 32.00 |
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets   **Paystubs**   Account                                        Log Out

Back to paystub list

Pay stub for period: 12/18/2017 - 12/24/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail    **ADVICE OF DEPOSIT**        Date: 12/28/2017
Selinsgrove, PA 17870

Cindy M Smith                                        Net Pay: $ 847.53
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 35.50 | 18.50 | 656.75 | 31887.92 |
| Overtime Pay | 0.00 | 27.75 | 0.00 | 1431.10 |
| Sick Pay | 0.00 | 18.50 | 0.00 | 852.00 |
| Vacation Pay | 0.00 | 18.50 | 0.00 | 1420.00 |
| Bonus | | | 500.00 | 500.00 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 125.42 | 3035.82 |
| Social Security | 71.72 | 2237.64 |
| Medicare | 16.77 | 523.32 |
| PA Income Tax | 35.51 | 1108.00 |
| PA SUI Employee | 0.81 | 25.28 |
| Selinsgrove | 5.78 | 180.44 |
| Selinsgrove ASD PSD 550206 | 18.51 | 577.47 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 34.70 | 1082.72 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1156.75 | 36091.02 |
| Deductions | 34.70 | 1082.72 |
| Taxes | 274.52 | 7687.97 |
| Net This Check: | | $847.53 |
| Acct#... | | $847.53 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | -8.00 |
| Vacation | 0.00 | 0.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=501504546          02/05/2018

# Paycheck Records

Timesheets    **Paystubs**    Account                                                      Log Out

Back to paystub list

Pay stub for period: 12/11/2017 - 12/17/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail          **ADVICE OF DEPOSIT**          Date: 12/21/2017
Selinsgrove, PA 17870

Cindy M Smith                                                    Net Pay: $ 684.91
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 17.75 | 710.00 | 31231.17 |
| Overtime Pay | 8.00 | 26.6250 | 213.00 | 1431.10 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 852.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1420.00 |

| DEDUCTIONS | | | Current | YTD |
|---|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | | 27.69 | 1048.02 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 91.41 | 2910.40 |
| Social Security | 57.22 | 2165.92 |
| Medicare | 13.39 | 506.55 |
| PA Income Tax | 28.34 | 1072.49 |
| PA SUI Employee | 0.65 | 24.47 |
| Selinsgrove | 4.62 | 174.66 |
| Selinsgrove ASD PSD 550206 | 14.77 | 558.96 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 923.00 | 34934.27 |
| Deductions | 27.69 | 1048.02 |
| Taxes | 210.40 | 7413.45 |
| Net This Check: | | $684.91 |
| Acct#.... : | | $684.91 |

**BENEFITS** Hours Used Hours Available

| | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | -8.00 |
| Vacation | 0.00 | 0.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets **Paystubs** Account        Log Out

Back to paystub list

Pay stub for period: 12/04/2017 ~ 12/10/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail    **ADVICE OF DEPOSIT**      Date: 12/14/2017
Selinsgrove, PA 17870

Cindy M Smith                              Net Pay: $ 573.81
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 17.75 | 710.00 | 30521.17 |
| Overtime Pay | 2.00 | 26.6250 | 53.25 | 1218.10 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 852.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1420.00 |

| DEDUCTIONS | | | Current | YTD |
|---|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | | 22.90 | 1020.33 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 68.17 | 2818.99 |
| Social Security | 47.32 | 2108.70 |
| Medicare | 11.06 | 493.16 |
| PA Income Tax | 23.43 | 1044.15 |
| PA SUI Employee | 0.53 | 23.82 |
| Selinsgrove | 3.82 | 170.04 |
| Selinsgrove ASD PSD 550206 | 12.21 | 544.19 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 763.25 | 34011.27 |
| Deductions | 22.90 | 1020.33 |
| Taxes | 166.54 | 7203.05 |
| Net This Check: | | $573.81 |
| Acct#... | | $573.81 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | -8.00 |
| Vacation | 0.00 | 0.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=497930158      02/05/2018

# Paycheck Records

Timesheets   **Paystubs**   Account                                                    Log Out

Back to paystub list

Pay stub for period: 11/27/2017 - 12/03/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail          **ADVICE OF DEPOSIT**          Date: 12/07/2017
Selinsgrove, PA 17870

Cindy M Smith                                                    Net Pay: $ 569.16
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 17.75 | 710.00 | 29811.17 |
| Overtime Pay | 1.75 | 26.6250 | 46.59 | 1164.85 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 852.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1420.00 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 67.20 | 2750.82 |
| Social Security | 46.91 | 2061.38 |
| Medicare | 10.97 | 482.10 |
| PA Income Tax | 23.23 | 1020.72 |
| PA SUI Employee | 0.53 | 23.29 |
| Selinsgrove | 3.78 | 166.22 |
| Selinsgrove ASD PSD 550206 | 12.11 | 531.98 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 22.70 | 997.43 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | -8.00 |
| Vacation | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 756.59 | 33248.02 |
| Deductions | 22.70 | 997.43 |
| Taxes | 164.73 | 7036.51 |
| Net This Check: | $569.16 | |
| Acct#... | .. $569.16 | |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets  **Paystubs**  Account                                            Log Out

Back to paystub list

Pay stub for period: 11/20/2017 - 11/26/2017

| | | | |
|---|---|---|---|
| Gerald Geist, O.D. | | **ADVICE OF DEPOSIT** | Date: 11/30/2017 |
| 980 N. Susquehanna Trail | | | |
| Selinsgrove, PA 17870 | | | |
| | | | |
| Cindy M Smith | | | Net Pay: $ 471.94 |
| 336 Pleasant Dr | | | |
| Selinsgrove, PA 17870 | | | |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 26.75 | 17.75 | 474.81 | 29101.17 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1118.26 |
| Sick Pay | 8.00 | 17.75 | 142.00 | 852.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1420.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 18.50 | 974.73 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 46.86 | 2683.62 |
| Social Security | 38.24 | 2014.47 |
| Medicare | 8.95 | 471.13 |
| PA Income Tax | 18.94 | 997.49 |
| PA SUI Employee | 0.43 | 22.76 |
| Selinsgrove | 3.08 | 162.44 |
| Selinsgrove ASD PSD 550206 | 9.87 | 519.87 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 616.81 | 32491.43 |
| Deductions | 18.50 | 974.73 |
| Taxes | 126.37 | 6871.78 |
| Net This Check: | | $471.94 |
| Acct#... : | | $471.94 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 8.00 | -8.00 |
| Vacation | 0.00 | 0.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets    **Paystubs**    Account                                    Log Out

Back to paystub list

Pay stub for period: 11/13/2017 - 11/19/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail      **ADVICE OF DEPOSIT**        Date: 11/23/2017
Selinsgrove, PA 17870

Cindy M Smith                                    Net Pay: $ 227.96
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 0.00 | 17.75 | 0.00 | 28626.36 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1118.26 |
| Sick Pay | 16.00 | 17.75 | 284.00 | 710.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1420.00 |

| DEDUCTIONS | | | Current | YTD |
|---|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | | 8.52 | 956.23 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 10.91 | 2636.76 |
| Social Security | 17.61 | 1976.23 |
| Medicare | 4.12 | 462.18 |
| PA Income Tax | 8.72 | 978.55 |
| PA SUI Employee | 0.20 | 22.33 |
| Selinsgrove | 1.42 | 159.36 |
| Selinsgrove ASD PSD 550206 | 4.54 | 510.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 284.00 | 31874.62 |
| Deductions | 8.52 | 956.23 |
| Taxes | 47.52 | 6745.41 |
| Net This Check: | | $227.96 |
| Acct#... | | $227.96 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 16.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=492972459          02/05/2018

# Paycheck Records

Timesheets   **Paystubs**   Account                                          Log Out

Back to paystub list

Pay stub for period: 11/06/2017 - 11/12/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail          **ADVICE OF DEPOSIT**          Date: 11/16/2017
Selinsgrove, PA 17870

Cindy M Smith                                                    Net Pay: $ 475.03
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 27.00 | 17.75 | 479.25 | 28626.36 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1118.26 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 8.00 | 17.75 | 142.00 | 1420.00 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.51 | 2625.85 |
| Social Security | 38.52 | 1958.62 |
| Medicare | 9.00 | 458.06 |
| PA Income Tax | 19.07 | 969.83 |
| PA SUI Employee | 0.43 | 22.13 |
| Selinsgrove | 3.11 | 157.94 |
| Selinsgrove ASD PSD 550206 | 9.94 | 505.46 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 18.64 | 947.71 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 621.25 | 31590.62 |
| Deductions | 18.64 | 947.71 |
| Taxes | 127.58 | 6697.89 |
| Net This Check: | | $475.03 |
| Acct#.. | | $475.03 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 8.00 | 0.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets    **Paystubs**    Account                                          Log Out

Back to paystub list

Pay stub for period: 10/30/2017 - 11/05/2017

| Gerald Geist, O.D. | **ADVICE OF DEPOSIT** | Date: 11/09/2017 |
| 980 N. Susquehanna Trail | | |
| Selinsgrove, PA 17870 | | |

Cindy M Smith                                                Net Pay: $ 559.91
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 17.75 | 710.00 | 28147.11 |
| Overtime Pay | 1.25 | 26.6250 | 33.28 | 1118.26 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 22.30 | 929.07 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 65.26 | 2578.34 |
| Social Security | 46.08 | 1920.10 |
| Medicare | 10.78 | 449.06 |
| PA Income Tax | 22.82 | 950.76 |
| PA SUI Employee | 0.52 | 21.70 |
| Selinsgrove | 3.72 | 154.83 |
| Selinsgrove ASD PSD 550206 | 11.89 | 495.52 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 743.28 | 30969.37 |
| Deductions | 22.30 | 929.07 |
| Taxes | 161.07 | 6570.31 |
| Net This Check: | $559.91 | |
| Acct#.... | | $559.91 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time.** If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Back to paystub list

Pay stub for period: 10/23/2017 - 10/29/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail          **ADVICE OF DEPOSIT**          Date: 11/02/2017
Selinsgrove, PA 17870

Cindy M Smith                                                    Net Pay: $ 499.73
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.00 | 17.75 | 656.75 | 27437.11 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1084.98 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.67 | 2513.08 |
| Social Security | 40.72 | 1874.02 |
| Medicare | 9.52 | 438.28 |
| PA Income Tax | 20.16 | 927.94 |
| PA SUI Employee | 0.46 | 21.18 |
| Selinsgrove | 3.28 | 151.11 |
| Selinsgrove ASD PSD 550206 | 10.51 | 483.63 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 19.70 | 906.77 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 656.75 | 30226.09 |
| Deductions | 19.70 | 906.77 |
| Taxes | 137.32 | 6409.24 |
| Net This Check: | | $499.73 |
| Acct#.... | | $499.73 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets    **Paystubs**    Account                                          Log Out

Back to paystub list

Pay stub for period: 10/16/2017 - 10/22/2017

| Gerald Geist, O.D.<br>980 N. Susquehanna Trail<br>Selinsgrove, PA 17870 | ADVICE OF DEPOSIT | Date: 10/26/2017 |
|---|---|---|
| Cindy M Smith<br>336 Pleasant Dr<br>Selinsgrove, PA 17870 | | Net Pay: $ 499.72 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.00 | 17.75 | 656.75 | 26780.36 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1084.98 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 19.70 | 887.07 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.67 | 2460.41 |
| Social Security | 40.72 | 1833.30 |
| Medicare | 9.53 | 428.76 |
| PA Income Tax | 20.16 | 907.78 |
| PA SUI Employee | 0.46 | 20.72 |
| Selinsgrove | 3.28 | 147.83 |
| Selinsgrove ASD PSD 550206 | 10.51 | 473.12 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 656.75 | 29569.34 |
| Deductions | 19.70 | 887.07 |
| Taxes | 137.33 | 6271.92 |
| Net This Check: | | $499.72 |
| Acct#.... | | $499.72 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=485782492                02/05/2018

# Paycheck Records

Timesheets    **Paystubs**    Account                                                      Log Out

Back to paystub list

Pay stub for period: 10/09/2017 - 10/15/2017

Gerald Geist, O.D.                    **ADVICE OF DEPOSIT**                    Date: 10/19/2017
980 N. Susquehanna Trail
Selinsgrove, PA 17870

Cindy M Smith                                                     Net Pay: $ 496.62
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 36.75 | 17.75 | 652.31 | 26123.61 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1084.98 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.03 | 2407.74 |
| Social Security | 40.44 | 1792.58 |
| Medicare | 9.46 | 419.23 |
| PA Income Tax | 20.03 | 887.62 |
| PA SUI Employee | 0.46 | 20.26 |
| Selinsgrove | 3.26 | 144.55 |
| Selinsgrove ASD PSD 550206 | 10.44 | 462.61 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 19.57 | 867.37 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 652.31 | 28912.59 |
| Deductions | 19.57 | 867.37 |
| Taxes | 136.12 | 6134.59 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Net This Check: $496.62
Acct#..                    $496.62

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets    **Paystubs**    Account                                                    Log Out

Back to paystub list

Pay stub for period: 10/02/2017 - 10/08/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail        **ADVICE OF DEPOSIT**        Date: 10/12/2017
Selinsgrove, PA 17870

Cindy M Smith                                                                    Net Pay: $ 587.70
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD | TAXES WITHHELD | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 17.75 | 710.00 | 25471.30 | Federal Income Tax | 71.07 | 2355.71 |
| Overtime Pay | 2.75 | 26.6250 | 73.22 | 1084.98 | Social Security | 48.56 | 1752.14 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 | Medicare | 11.35 | 409.77 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 | PA Income Tax | 24.04 | 867.59 |
| | | | | | PA SUI Employee | 0.55 | 19.80 |
| DEDUCTIONS | | | Current | YTD | Selinsgrove | 3.92 | 141.29 |
| T Rowe Price - SIMPLE IRA | | | 23.50 | 847.80 | Selinsgrove ASD PSD 550206 | 12.53 | 452.17 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 783.22 | 28260.28 |
| Deductions | 23.50 | 847.80 |
| Taxes | 172.02 | 5998.47 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Net This Check: $587.70
Acct#.. $587.70

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets   **Paystubs**   Account                                                    Log Out

Back to paystub list

Pay stub for period: 09/25/2017 - 10/01/2017

Gerald Geist, O.D.            **ADVICE OF DEPOSIT**            Date: 10/05/2017
980 N. Susquehanna Trail
Selinsgrove, PA 17870

Cindy M Smith                                                Net Pay: $ 499.72
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.00 | 17.75 | 656.75 | 24761.30 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1011.76 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 19.70 | 824.30 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.67 | 2284.64 |
| Social Security | 40.72 | 1703.58 |
| Medicare | 9.53 | 398.42 |
| PA Income Tax | 20.16 | 843.55 |
| PA SUI Employee | 0.46 | 19.25 |
| Selinsgrove | 3.28 | 137.37 |
| Selinsgrove ASD PSD 550206 | 10.51 | 439.64 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 656.75 | 27477.06 |
| Deductions | 19.70 | 824.30 |
| Taxes | 137.33 | 5826.45 |
| Net This Check: | | $499.72 |
| Acct#.... | | $499.72 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=480671067                02/05/2018

# Paycheck Records

Back to paystub list

Pay stub for period: 09/18/2017 - 09/24/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail    **ADVICE OF DEPOSIT**      Date: 09/28/2017
Selinsgrove, PA 17870

Cindy M Smith                          Net Pay: $ 493.55
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 36.50 | 17.75 | 647.88 | 24104.55 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1011.76 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| DEDUCTIONS | | | Current | YTD |
|---|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | | 19.44 | 804.60 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 51.38 | 2231.97 |
| Social Security | 40.17 | 1662.86 |
| Medicare | 9.39 | 388.89 |
| PA Income Tax | 19.89 | 823.39 |
| PA SUI Employee | 0.45 | 18.79 |
| Selinsgrove | 3.24 | 134.09 |
| Selinsgrove ASD PSD 550206 | 10.37 | 429.13 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 647.88 | 26820.31 |
| Deductions | 19.44 | 804.60 |
| Taxes | 134.89 | 5689.12 |
| Net This Check: | $493.55 | |
| Acct#... | $493.55 | |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets    **Paystubs**    Account                          Log Out

Back to paystub list

Pay stub for period: 09/11/2017 - 09/17/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail        **ADVICE OF DEPOSIT**        Date: 09/21/2017
Selinsgrove, PA 17870

Cindy M Smith                                               Net Pay: $ 505.90
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.50 | 17.75 | 665.63 | 23456.67 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1011.76 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 1278.00 |

| DEDUCTIONS | | Current | YTD |
|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | 19.97 | 785.16 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 53.96 | 2180.59 |
| Social Security | 41.27 | 1622.69 |
| Medicare | 9.65 | 379.50 |
| PA Income Tax | 20.43 | 803.50 |
| PA SUI Employee | 0.47 | 18.34 |
| Selinsgrove | 3.33 | 130.85 |
| Selinsgrove ASD PSD 550206 | 10.65 | 418.76 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 665.63 | 26172.43 |
| Deductions | 19.97 | 785.16 |
| Taxes | 139.76 | 5554.23 |
| Net This Check: | | $505.90 |
| Acct#... | | $505.90 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Timesheets    **Paystubs**    Account                                    Log Out

Back to paystub list

Pay stub for period: 09/04/2017 - 09/10/2017

Gerald Geist, O.D.                 **ADVICE OF DEPOSIT**           Date: 09/14/2017
980 N. Susquehanna Trail
Selinsgrove, PA 17870

Cindy M Smith                                                Net Pay: $ 422.55
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 14.75 | 17.75 | 261.81 | 22791.04 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1011.76 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 16.00 | 17.75 | 284.00 | 1278.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 16.37 | 765.19 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 36.53 | 2126.63 |
| Social Security | 33.84 | 1581.42 |
| Medicare | 7.92 | 369.85 |
| PA Income Tax | 16.76 | 783.07 |
| PA SUI Employee | 0.38 | 17.87 |
| Selinsgrove | 2.73 | 127.52 |
| Selinsgrove ASD PSD 550206 | 8.73 | 408.11 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 545.81 | 25506.80 |
| Deductions | 16.37 | 765.19 |
| Taxes | 106.89 | 5414.47 |
| Net This Check: | | $422.55 |
| Acct#.... | | $422.55 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 16.00 | 8.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=475342375                02/05/2018

# Paycheck Records

Timesheets   **Paystubs**   Account                                    Log Out

Back to paystub list

Pay stub for period: 08/28/2017 - 09/03/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail      **ADVICE OF DEPOSIT**        Date: 09/07/2017
Selinsgrove, PA 17870

Cindy M Smith                                              Net Pay: $ 499.73
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.00 | 17.75 | 656.75 | 22529.23 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1011.76 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 994.00 |

| DEDUCTIONS | | | Current | YTD |
|---|---|---|---|---|
| T Rowe Price - SIMPLE IRA | | | 19.70 | 748.82 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.67 | 2090.10 |
| Social Security | 40.72 | 1547.58 |
| Medicare | 9.52 | 361.93 |
| PA Income Tax | 20.16 | 766.31 |
| PA SUI Employee | 0.46 | 17.49 |
| Selinsgrove | 3.28 | 124.79 |
| Selinsgrove ASD PSD 550206 | 10.51 | 399.38 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 656.75 | 24960.99 |
| Deductions | 19.70 | 748.82 |
| Taxes | 137.32 | 5307.58 |
| Net This Check: | | $499.73 |
| Acct#... | | $499.73 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 24.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not
available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the
new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

# Paycheck Records

Back to paystub list

Pay stub for period: 08/21/2017 - 08/27/2017

Gerald Geist, O.D.
980 N. Susquehanna Trail          ADVICE OF DEPOSIT          Date: 08/31/2017
Selinsgrove, PA 17870

Cindy M Smith                                                    Net Pay: $ 499.73
336 Pleasant Dr
Selinsgrove, PA 17870

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 37.00 | 17.75 | 656.75 | 21872.48 |
| Overtime Pay | 0.00 | 26.6250 | 0.00 | 1011.76 |
| Sick Pay | 0.00 | 17.75 | 0.00 | 426.00 |
| Vacation Pay | 0.00 | 17.75 | 0.00 | 994.00 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.67 | 2037.43 |
| Social Security | 40.72 | 1506.86 |
| Medicare | 9.52 | 352.41 |
| PA Income Tax | 20.16 | 746.15 |
| PA SUI Employee | 0.46 | 17.03 |
| Selinsgrove | 3.28 | 121.51 |
| Selinsgrove ASD PSD 550206 | 10.51 | 388.87 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| T Rowe Price - SIMPLE IRA | 19.70 | 729.12 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 656.75 | 24304.24 |
| Deductions | 19.70 | 729.12 |
| Taxes | 137.32 | 5170.26 |
| Net This Check: | | $499.73 |
| Acct#... | | $499.73 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Sick | 0.00 | 16.00 |
| Vacation | 0.00 | 24.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2017R12.562

PE89W

https://www.paycheckrecords.com/in/paystub.jsp?paycheckId=471940688                02/05/2018