```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania

In re:                                                               Case No. 18-02366-HWV
Matthew M. Smith                                                     Chapter 13
Cindy M. Smith
           Debtors                 CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 2          Date Rcvd: Jul 16, 2018
                              Form ID: ntcnfhrg          Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb        +Matthew M. Smith,   Cindy M. Smith,   336 Pleasant Drive,   Selinsgrove, PA 17870-9436
5069258       ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
               (address filed with court: Aarons Sales & Lease,   Attn: Bankruptcy,   309 E Paces Ferry Rd Ne,
                Atlanta, GA 30305)
5069260       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998)
5069262       +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
5069264       +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
5069266       +Citibank North America,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                St Louis, MO 63179-0034
5069267       +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
5069283       +FedLoan Servicing,   Attention: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
5069284       +First National Bank,   Attn: Tina,   1620 Dodge St Mailstop 4440,   Omaha, NE 68197-0002
5072703       +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
5077905        First National Bank of Pennsylvania,   c/o David W. Raphael, Esquire,   Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,   Pittsburgh, PA  15222
5077904       +First National Bank of Pennsylvania,   4140 East State Street,   Hermitage, PA 16148-3401
5069285       +First Natl Bk Of Pa,   1 Fnb Blvd,   Hermitage, PA 16148-3363
5069286       +Jersey Shore State Ban,   300 Market St,   Williamsport, PA 17701-6374
5069289       +South Shore Bank,   Attn: Bankruptcy,   Po Box 151,   Weymouth, MA 02188-0904
5081976        U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
                St. Louis MO 63166-0108
5069281       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,   Attn: Bankruptcy,   Po Box 5229,
                Cincinnati, OH 45201)
5069298       +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
5069300       +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
5069301        Wffnb Retail,   Cscl Dispute Team,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5069259       +E-mail/Text: bankruptcycare@affinityfcu.com Jul 16 2018 19:04:26     Affinity Fcu,
                73 Mountainview Blvd Bld,   Basking Ridge, NJ 07920-2332
5069268        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:28     Comenity Bank/Bon Ton,
                Attn: Bankruptcy Dept,   Po Box 18215,   Columbus, OH 43218
5069270       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:28     Comenity Bank/Metro,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069271       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:28     Comenity Bank/Peebles,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069272       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:28     Comenity Bank/Pier 1,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069273       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:29
                Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
                Columbus, OH 43218-2125
5069269       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:29     Comenity Bank/ctpr&bks,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069274        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:29     Comenity Capital/Zales,
                Attn: Bankrutptcy Dept,   Po Box 18215,   Columbus, OH 43218
5069275       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:29     Comenitybank/venus,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069276       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:29     Comenitybank/wayfair,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069277       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 19:04:29     Comenitycapital/boscov,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5069278       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2018 19:17:48      Credit One Bank,
                Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
5072874        E-mail/Text: mrdiscen@discover.com Jul 16 2018 19:04:17     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5069280       +E-mail/Text: mrdiscen@discover.com Jul 16 2018 19:04:17     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
5069287       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2018 19:04:18     Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
5069288        E-mail/Text: camanagement@mtb.com Jul 16 2018 19:04:28     M & T Bank,   Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
5069763       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2018 19:06:45
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5069290       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 19:06:42     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5069291       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 19:06:42     Synchrony Bank/Amazon,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
5069292       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 19:06:42     Synchrony Bank/Lowes,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0314-1          User: AGarner              Page 2 of 2              Date Rcvd: Jul 16, 2018
                              Form ID: ntcnfhrg          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5069293        +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 19:06:57      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5069294        +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 19:06:28      Synchrony Bank/ShopNBC,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5069295        +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 19:06:28      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5069297        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 16 2018 19:04:13
                 Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
5069299        +E-mail/Text: bnc-bluestem@quantum3group.com Jul 16 2018 19:04:55       Webbank/Gettington,
                 Attn: Bankruptcy,   6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5069261*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
5069263*       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5069265*       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5069279*       +Credit One Bank,    Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5069296*       +Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
5069282*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201)
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Chad James Julius    on behalf of Debtor 1 Matthew M. Smith cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com
              Chad James Julius    on behalf of Debtor 2 Cindy M. Smith cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              David William Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew M. Smith,<br>**Debtor 1**<br>Cindy M. Smith,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–02366–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 15, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: August 22, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 16, 2018 |

ntcnfhrg (03/18)