# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 1-18-02366-HWV |
| | ) | |
| Matthew M. Smith and Cindy M. Smith, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on __July 26__, 20__18__, I served or caused to be served a copy of the Order of Court Granting Relief from Automatic Stay on the following parties in this matter:

| Name & Address | Mode of Service |
|---|---|
| Matthew M. Smith & Cindy M. Smith, Debtors<br>336 Pleasant Drive<br>Selinsgrove, PA  17870 | First Class Mail |
| Chad James Julius, Esquire<br>Upright Law, LLC<br>8150 Derry Street, Suite A<br>Harrisburg, PA  17111<br>E-mail:  cjulius@ljacobsonlaw.com | Electronic Notice |
| Charles J. DeHart, III, Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA  17036<br>E-mail:  dehartstaff@ramapo.com | Electronic Notice |
| U.S. Trustee<br>Office of the U.S. Trustee<br>P. O. Box 969<br>Harrisburg, PA  17108<br>E-mail:  ustpregion03.ha.ecf@usdoj.gov | Electronic Notice |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  __7/26/18__              Name:  __/s/    David W. Raphael__
                                                David W. Raphael, Esquire
                                        Address:  Grenen & Birsic, P.C.
                                                         One Gateway Center, 9th Floor
                                                         Pittsburgh, PA  15222