# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MATTHEW M. SMITH
             CINDY M. SMITH

             Debtor(s)                          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
             Movant
vs.

MATTHEW M. SMITH                      CASE NO: 1-18-02366-HWV
CINDY M. SMITH

             Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

      AND NOW, on November 13, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1.     A Plan was filed on June 5, 2018.

2.     A Confirmation hearing was held and an Order was entered on September 26, 2018 directing that an amended plan be filed within thirty (30) days.

3.     As of the date of this Motion, an amended plan has not been filed.

4.     The delay in filing a confirmable plan in this case is prejudicial to creditors.

      WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                                                     Respectfully submitted,

                                                     s/    James K. Jones, Esq.
                                                     Id:   39031
                                                     Attorney for Trustee
                                                     Charles J. DeHart, III
                                                     Standing Chapter 13 Trustee
                                                     Ste. A, 8125 Adams Drive
                                                     Hummelstown, PA   17036
                                                     Ph.   717-566-6097
                                                     Fax. 717-566-8313
                                                     eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW M. SMITH
CINDY M. SMITH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-18-02366-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: | January 9, 2019 |
|---|---|---|
| | Time: | 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: November 13, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW M. SMITH  CHAPTER 13
CINDY M. SMITH

CASE NO: 1-18-02366-HWV

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 13, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

CHAD J. JULIUS                                      Served electronically
UPRIGHT LAW, LLC
8150 DERRY ST, STE A
HARRISBURG, PA 17111-

United States Trustee                              Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

MATTHEW M. SMITH
CINDY M. SMITH                                       Served by 1ST class mail
336 PLEASANT DRIVE
SELINSGROVE, PA 17870

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 13, 2018            Vickie Williams
                                               for Charles J. DeHart, III, Trustee
                                               Suite A, 8125 Adams Dr.
                                               Hummelstown, PA 17036
                                               Phone: (717) 566-6097
                                               eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW M. SMITH
CINDY M. SMITH

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

MATTHEW M. SMITH
CINDY M. SMITH

CASE NO: 1-18-02366-HWV

    Respondent(s)

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.