Certificate Number: 14912-PAM-DE-037279119

Bankruptcy Case Number: 18-02366


14912-PAM-DE-037279119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2023, at 11:44 o'clock PM EDT, Cindy Smith completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 21, 2023  By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor