United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 18-02366-HWV

Matthew M. Smith                                                                     Chapter 13

Cindy M. Smith

      Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew M. Smith, Cindy M. Smith, 336 Pleasant Drive, Selinsgrove, PA 17870-9436 |
| 5069283 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5077905 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 5069286 | + | Jersey Shore State Ban, 300 Market St, Williamsport, PA 17701-6374 |
| 5069289 | + | South Shore Bank, Attn: Bankruptcy, Po Box 151, Weymouth, MA 02188-0904 |
| 5134531 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5069258 | + | Email/Text: bankruptcynotices@aarons.com | Mar 28 2023 18:43:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 5069259 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 28 2023 18:43:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 5069260 | + | EDI: BANKAMER.COM | Mar 28 2023 22:40:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 5088125 | + | EDI: BANKAMER2.COM | Mar 28 2023 22:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5069262 | + | EDI: TSYS2 | Mar 28 2023 22:40:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5069266 | + | EDI: CITICORP.COM | Mar 28 2023 22:40:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5085040 | + | EDI: CITICORP.COM | Mar 28 2023 22:40:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5069267 | + | EDI: CITICORP.COM | Mar 28 2023 22:40:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5069268 | | EDI: WFNNB.COM | Mar 28 2023 22:40:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5069270 | + | EDI: WFNNB.COM | Mar 28 2023 22:40:00 | Comenity Bank/Metro, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069271 | + | EDI: WFNNB.COM | Mar 28 2023 22:40:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069272 | + | EDI: WFNNB.COM | Mar 28 2023 22:40:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| 5069273 | + EDI: WFNNB.COM | | |
| | | Mar 28 2023 22:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069269 | + EDI: WFNNB.COM | | |
| | | Mar 28 2023 22:40:00 | Comenity Bank/ctpr&bks, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069274 | EDI: WFNNB.COM | | |
| | | Mar 28 2023 22:40:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5069275 | + EDI: WFNNB.COM | | |
| | | Mar 28 2023 22:40:00 | Comenitybank/venus, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069276 | + EDI: WFNNB.COM | | |
| | | Mar 28 2023 22:40:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069277 | + EDI: WFNNB.COM | | |
| | | Mar 28 2023 22:40:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069278 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 28 2023 18:48:50 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5069298 | + EDI: CITICORP.COM | | |
| | | Mar 28 2023 22:40:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5072874 | EDI: DISCOVER.COM | | |
| | | Mar 28 2023 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5069280 | + EDI: DISCOVER.COM | | |
| | | Mar 28 2023 22:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5069284 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Mar 28 2023 18:43:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 5072703 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Mar 28 2023 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 5077904 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Mar 28 2023 18:43:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5069285 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Mar 28 2023 18:43:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 5069264 | EDI: JPMORGANCHASE | | |
| | | Mar 28 2023 22:40:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5069287 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 28 2023 18:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5095384 | ^ MEBN | | |
| | | Mar 28 2023 18:37:01 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 5086659 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 28 2023 18:48:51 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5069288 | Email/Text: camanagement@mtb.com | | |
| | | Mar 28 2023 18:43:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5095329 | EDI: PRA.COM | | |
| | | Mar 28 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5069763 | + EDI: RECOVERYCORP.COM | | |
| | | Mar 28 2023 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5093534 | EDI: Q3G.COM | | |
| | | Mar 28 2023 22:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5093533 | EDI: Q3G.COM | | |
| | | Mar 28 2023 22:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5092412 | EDI: Q3G.COM | | |
| | | Mar 28 2023 22:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5095929 | + | Email/Text: bncmail@w-legal.com | Mar 28 2023 18:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5069290 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069291 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069292 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069293 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069294 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069295 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5081976 | | EDI: USBANKARS.COM | Mar 28 2023 22:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5069281 | | EDI: USBANKARS.COM | Mar 28 2023 22:41:00 | Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 5519732 | + | Email/Text: EBN@edfinancial.com | Mar 28 2023 18:43:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5069297 | + | EDI: VERIZONCOMB.COM | Mar 28 2023 22:40:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5093112 | | EDI: AIS.COM | Mar 28 2023 22:41:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5069299 | + | EDI: BLUESTEM | Mar 28 2023 22:41:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5093603 | | EDI: WFFC2 | Mar 28 2023 22:40:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |
| 5069300 | + | EDI: WFFC2 | Mar 28 2023 22:40:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 5069301 | | EDI: WFFC.COM | Mar 28 2023 22:41:00 | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |
| 5094678 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 18:48:52 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5069261 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 5069263 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5069279 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5069265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5069296 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069282 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

District/off: 0314-1            User: AutoDocke            Page 4 of 4
Date Rcvd: Mar 28, 2023            Form ID: 3180WJ2            Total Noticed: 59
TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad James Julius | on behalf of Debtor 1 Matthew M. Smith cjulius@ljacobsonlaw.com  brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Cindy M. Smith cjulius@ljacobsonlaw.com  brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | | | |

**Debtor 1**    Matthew M. Smith

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–8043

EIN   _ _–_ _ _ _ _ _ _

**Debtor 2**    Cindy M. Smith

(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–5317

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:18–bk–02366–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cindy M. Smith

**By the court:**

_Henry W. Van Eck_

3/28/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:18-bk-02366-HWV    Doc 45    Filed 03/30/23    Entered 03/31/23 00:22:50    Desc
Imaged Certificate of Notice    Page 7 of 7