# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | |
|---|---|
| In re:<br>MATTHEW M. SMITH<br>CINDY M. SMITH<br><br>Debtor(s). | Case No. 1:18-02366-HWV<br><br>Chapter 13 |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM NO. 15

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that eCAST Settlement Corporation (hereinafter, "eCAST"), is canceling the remaining debt related to the Proof of Claim filed on 05/23/2019 and assigned as Claim number 15 and considers the Proof of Claim as satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 15 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Respectfully submitted,

By: /s/ Christopher Cramer

Christopher S Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

Authorized agent for eCAST Settlement Corporation
DATE: 12/15/2023