United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew M. Smith  
Cindy M. Smith  
    Debtors

Case No. 18-02366-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Mar 13, 2024     Form ID: fnldecnd     Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew M. Smith, Cindy M. Smith, 336 Pleasant Drive, Selinsgrove, PA 17870-9436 |
| 5069283 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5077905 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 5069286 | + | Jersey Shore State Ban, 300 Market St, Williamsport, PA 17701-6374 |
| 5069289 | + | South Shore Bank, Attn: Bankruptcy, Po Box 151, Weymouth, MA 02188-0904 |
| 5134531 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 5069301 | | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5069258 | + | Email/Text: bankruptcynotices@aarons.com | Mar 13 2024 18:47:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 5069259 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 13 2024 18:47:00 | Affinity Fcu, 73 Mountainview Blvd Bld, Basking Ridge, NJ 07920-2332 |
| 5069260 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2024 18:47:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 5088125 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 13 2024 18:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5069262 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 13 2024 18:47:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5069266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 19:04:11 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5085040 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 19:04:15 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5069267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 19:04:15 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5069268 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5069270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Bank/Metro, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069271 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069272 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 182125, Columbus, OH 43218-2125 |
| 5069273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069269 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Bank/ctpr&bks, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069274 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 5069275 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenitybank/venus, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069276 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069277 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 18:47:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5069278 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2024 18:52:19 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5069298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 18:53:46 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5072874 | | Email/Text: mrdiscen@discover.com | Mar 13 2024 18:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5069280 | + | Email/Text: mrdiscen@discover.com | Mar 13 2024 18:47:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5069284 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2024 18:47:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 5072703 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 13 2024 18:47:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 5077904 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 13 2024 18:47:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 5069285 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 13 2024 18:47:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 5069264 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 18:52:12 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5069287 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2024 18:47:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5095384 | ^ | MEBN | Mar 13 2024 18:44:15 | LAKEVIEW LOAN SERVICING LLC, PO BOX 840, Buffalo, NY 14240-0840 |
| 5086659 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 18:52:29 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5069288 | | Email/Text: camanagement@mtb.com | Mar 13 2024 18:47:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5095329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 18:52:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5069763 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 18:52:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5093534 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2024 18:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5093533 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2024 18:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5092412 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2024 18:47:00 | Quantum3 Group LLC as agent for, MOMA Trust |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5095929 | + | Email/Text: bncmail@w-legal.com | Mar 13 2024 18:47:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5069290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 18:53:41 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 18:53:38 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069292 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 19:04:16 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 18:52:17 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069294 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 19:04:15 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069295 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 19:04:08 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5081976 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 13 2024 18:47:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5069281 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 13 2024 18:47:00 | Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 5519732 | + | Email/Text: EBN@edfinancial.com | Mar 13 2024 18:47:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5069297 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 13 2024 18:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5093112 | | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2024 18:52:56 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5069299 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 13 2024 18:47:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5093603 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 13 2024 19:04:16 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |
| 5069300 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 13 2024 18:52:12 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 5094678 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2024 19:04:08 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 5069261 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 5069263 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5069279 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5069265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5069296 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5069282 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Elan Financial Service, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad James Julius | on behalf of Debtor 1 Matthew M. Smith cjulius@ljacobsonlaw.com  brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Cindy M. Smith cjulius@ljacobsonlaw.com  brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Matthew M. Smith, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:18−bk−02366−HWV |
| Cindy M. Smith, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−8043    xxx−xx−5317

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Matthew M. Smith** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 13, 2024

**fnldec** (01/22)