## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cindy M. Smith<br>Matthew M. Smith<br>                    Debtor(s)<br><br>LAKEVIEW LOAN SERVICING LLC<br>                    Movant<br>      vs.<br><br>Cindy M. Smith<br>Matthew M. Smith<br>                    Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                    Trustee | BK NO. 18-02366 HWV<br><br>Chapter 13<br><br>Related to Claim No. 19 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 14, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Cindy M. Smith
336 Pleasant Drive
Selinsgrove, PA 17870

Matthew M. Smith
336 Pleasant Drive
Selinsgrove, PA 17870

Attorney for Debtor(s)
Chad James Julius, Upright Law, LLC
8150 Derry Street, Suite A (VIA ECF)
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 14, 2022

                                                      **/s/Michael P. Farrington, Esq.**
                                                      Michael P. Farrington, Esq.
                                                      Attorney I.D. 329636
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      (215) 825-6488
                                                      mfarrington@kmllawgroup.com